| | |
|---|---|
| IN RE: : | |
| : | Case No.: 5:19-bk-02155-RNO |
| KAVITA J. JAGTIANI a/k/a : | Chapter 13 |
| KAVITA SYED : | |
|     Debtor : | |

___

| | |
|---|---|
| KAVITA J. JAGTIANI a/k/a : | |
| KAVITA SYED, : | |
| : | |
|     Movant : | |
| vs. : | |
| : | |
| CHARLES J. DeHART, III, ESQUIRE : | |
| STANDING CHAPTER 13 TRUSTEE, : | |
| LUZERNE COUNTY TAX CLAIM : | |
| BUREAU, WELLS FARGO BANK, N.A., : | |
| UNITY BANK, ITRIA VENTURES, INC., : | |
| SANTANDER BANK, N.A., FIRST : | |
| NATIONAL BANK OF PENNSYLVANIA,: | |
| and ABID SYED, : | |
|     Respondents : | |

___

**ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR
OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**

___

Upon consideration of the Debtor's Motion To Sell Real Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363, as Amended (the "Motion"):

IT IS HEREBY ORDERED and DECREED that, Movant, KAVITA J. JAGTIANI a/k/a KAVITA SYED, is authorized and empowered to sell, along with her spouse, ABID SYED, that certain improved real estate in Mountain Top, Luzerne County, Pennsylvania, commonly known as 30 North Chestnut Drive, and described in Luzerne County Deed Book 3006, at page 131799, et seq., having a Property Identification Number of 06-P8S1-001-00H-031 (the "Real Estate"),

as set forth in the Motion and pursuant to the terms of a Standard Agreement for the Sale of Real Estate dated November 1, 2020 with Muhammed Ahmad and Sobia Siddique, for the sum of ONE HUNDRED SIXTY-FIVE THOUSAND and 00/100 ($160,000.00) DOLLARS and that such sale shall be free and clear of liens and encumbrances pursuant to Section 363 of the Bankruptcy Code with the net sales proceeds thereof to be paid as set forth in the Motion, provided, however, that the first mortgage lien of Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1, shall be paid in full at closing.